United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ORTIZ DIAMOND II, | No. C-15-3291 EMC |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| CITY OF LOS ANGELES, *et al.*, | |
| Defendants. _____/ | |

    Angel Ortiz Diamond II, proceeding pro se, has filed suit against multiple defendants, including the City of Los Angeles, the County of Los Angeles, MacDonald Corp., and a MacDonald franchise located in Los Angeles. Mr. Diamond has asked for leave to proceed *in forma pauperis* ("IFP"). After reviewing the financial affidavit and the complaint, the Court ordered Mr. Diamond to file a complete IFP application and to show cause as to why his case should not be transferred to the Central District of California, where Los Angeles is located.

    The Court is now in receipt of Mr. Diamond's response to the order to show cause. Having reviewed that response, the Court concludes that there is no basis to maintain the action in this District. As the Court noted in its prior order, Mr. Diamond appears to reside in Los Angeles, the events described in his complaint all appear to have taken place in Los Angeles, and none of the defendants are alleged to reside in this District. *See generally* 28 U.S.C. § 1391(b) (providing that venue is proper in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is

the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action"). That Mr. Diamond may not have had positive experiences with the courts in Los Angeles in the past is not a justification to keep the action in this venue.

Accordingly, the Court hereby transfers the instant action to the Central District of California. The transferee court shall decide the merits of Mr. Diamond's IFP application, as well as the motion for preliminary injunction that he filed on July 20, 2015.

**The Clerk of the Court is ordered to transfer this case in accordance with this opinion and administratively close the file.**

IT IS SO ORDERED.

Dated: August 18, 2015

_____
EDWARD M. CHEN
United States District Judge

2